UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID WEIDERT,

    Plaintiff,

v.

GARY GROUNDS,

    Defendant.

Case No. 11-cv-00564-JST

**ORDER SETTING CASE MANAGEMENT CONFERENCE**

Re: ECF No. 12

A case management conference is hereby scheduled on July 8, 2015, at 2:00 p.m. The parties shall file a joint case management statement by July 1, 2015, addressing the following questions:

(1) Whether there is any reason the stay in this case should not be lifted in light of the Ninth Circuit's dismissal of the appeal in Burnight. See ECF No. 12 at 5; Burnight v. Swarthout, No. 11-16062 (9th Cir. Apr. 30, 2015) (order dismissing appeal as moot);

(2) Whether the order of the district court in Gilman v. Fisher, No. 05-00830-LKK-CKD (E.D. Cal. Feb. 28, 2014), or the pendency of appeals to the Ninth Circuit in that case, No. 14-15613 (9th Cir. filed Mar. 27, 2014); No. 14-15680 (9th Cir. filed Apr. 8, 2014), have any bearing on this case; and

(3) In light of the foregoing considerations, what is an appropriate schedule.

IT IS SO ORDERED.

Dated: June 9, 2015

_____
JON S. TIGAR
United States District Judge