UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID WEIDERT,

    Plaintiff,

v.

MARION SPEARMAN,

    Defendant.

Case No. 11-cv-00564-JST

**ORDER EXTENDING STAY OF PROCEEDINGS**

Re: ECF No. 18

Before the Court is a Joint Case Management Statement filed by the parties, ECF No. 18, in which they request that the stay previously imposed in this action, see ECF No. 15, be extended in light of continuing Ninth Circuit proceedings in Gilman v. Brown, Nos. 14-15613 and 14-15680. The request is granted. This action will remain stayed pending a decision by the Ninth Circuit regarding rehearing in Gilman.

Pursuant to the parties' proposal, Respondent shall file a supplemental answer to the petition within thirty days of either (1) the Ninth Circuit's denial of a petition for rehearing en banc in Gilman or (2) an en banc decision if the petition for rehearing is granted. Petitioner may then file a supplemental traverse within thirty days of service of the supplemental answer.

The Case Management Conference currently scheduled for April 6, 2016 is hereby continued to August 31, 2016 at 2:00 p.m. A Joint Case Management Statement is due by August 17, 2016. Any party may move the Court to continue or advance the case management conference if circumstances warrant.

IT IS SO ORDERED.

Dated: March 21, 2016

_____
JON S. TIGAR
United States District Judge