BRANDIE DEVALL, SB# 247308
4508-A Atlantic Avenue
Suite 1220
Long Beach, California 90807
Telephone: 562-989-7000
Fax: 562-989-7788
brandie@attorneydevall.com
*Attorneys for Petitioner*

KAMALA D. HARRIS
Attorney General of California
PHILLIP J. LINDSAY
Supervising Deputy Attorney General
MICHAEL G. LAGRAMA
Deputy Attorney General
State Bar No. 252734
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5965
Fax: (415) 703-5843
E-mail: Michael.Lagrama@doj.ca.gov
*Attorneys for Respondent*



GRANTED
Judge Jon S. Tigar

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| DAVID WEIDERT,<br><br>Petitioner,<br><br>v.<br><br>MARION SPEARMAN,<br><br>Respondent. | Case No. C 11-00564 JST<br><br>STIPULATED REQUEST AND ORDER TO CONTINUE CASE MANAGEMENT STATEMENT DUE DATE, AND CASE MANAGEMENT CONFERENCE<br><br>Judge:   The Honorable Jon S. Tigar |
|---|---|

Petitioner, David Weidert, and Respondent, Marion Spearman, by and through their respective counsel, hereby submit the following Stipulation and Proposed Order to continue the case management statement due date (August 17, 2016), and case management conference (August 31, 2016).

1

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

WHEREAS both parties seek to continue the (1) date for filing the case management statement (August 17, 2017) and; the (2) case management conference.

IT IS HEREBY STIPULATED THAT:

1. Due to the fact that Petitioner's counsel will be on vacation from August 14, 2016, through September 1, 2016; and Respondent's counsel will be on vacation from September 6 through the 30th, the parties seek to continue the August 2016 dates set in the matter above.

2. The parties seek to continue the filing deadline for the case management statement from August 18, 2016, to October 5, 2016.

3. The parties seek to continue the date for the case management conference from August 31, 2016, to October 12, 2016.

4. All other dates currently set in the case at hand to remain the same.

DATED: August 12, 2016        BRANDIE DEVALL, ESQUIRE

By: _____/s/ Brandie Devall_____
Brandie Devall
Attorneys for Petitioner

DATED: August 12, 2016        By: _____
MICHAEL G. LAGRAMA
Deputy Attorney General
*Attorney for Respondent*

Law Offices of
Brandie Devall
4508A Atlantic Avenue,
Suite 1220
Long Beach, CA 90807
(562) 989-7000

2

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

## ORDER

This matter came before the Court on the parties' Stipulation to continue the Post Mediation Status Conference, now scheduled for September 18, 2014, to November 13, 2014.

For the reasons stated in the Stipulation and for good cause showing, the Court ADOPTS the Stipulation and GRANTS the relief requested therein.

Accordingly, IT IS HEREBY ORDERED THAT the case management statement now due August 17, 2016, is now due on October 5, 2016; the case management conference now set for August 31, 2016, is now continued to October 12, 2016.

So ORDERED this __12__ day of __August__, 2016

Law Offices of
Brandie Devall
4508A Atlantic Avenue,
Suite 1220
Long Beach, CA 90807
(562) 989-7000

3

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE